# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 6272 1179 4469 19, addressed to "Breanna Rodriguez 254 E Huber St, Mesa AZ 85201", with a return address of "Frank Martin 337 S Stonehedge Drive Columbia, SC 29210". It is a medium flat rate USPS box, measuring approximately 11.25" x 8.75" x 6", weighing approximately 2 pounds and 15 ounces, postmarked June 28, 2021, and bearing $15.50 in postage.

**SEARCH WARRANT**

Case Number: 21-8161MB

TO: RAYMOND SHEPARD and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, RAYMOND SHEPARD, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 6272 1179 4469 19, addressed to "Breanna Rodriguez 254 E Huber St, Mesa AZ 85201", with a return address of "Frank Martin 337 S Stonehedge Drive Columbia, SC 29210". It is a medium flat rate USPS box, measuring approximately 11.25" x 8.75" x 6", weighing approximately 2 pounds and 15 ounces, postmarked June 28, 2021, and bearing $15.50 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) AND 846, AND/OR TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __7-15-21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__7-1-21 @ 2:35 p.m.__        at        Phoenix, Arizona
Date and Time Issued                    City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 6272 1179 4469 19, addressed to "Breanna Rodriguez 254 E Huber St, Mesa AZ 85201", with a return address of "Frank Martin 337 S Stonehedge Drive Columbia, SC 29210". It is a medium flat rate USPS box, measuring approximately 11.25" x 8.75" x 6", weighing approximately 2 pounds and 15 ounces, postmarked June 28, 2021, and bearing $15.50 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-8161MB

I, RAYMOND SHEPARD, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 6272 1179 4469 19, addressed to "Breanna Rodriguez 254 E Huber St, Mesa AZ 85201", with a return address of "Frank Martin 337 S Stonehedge Drive Columbia, SC 29210". It is a medium flat rate USPS box, measuring approximately 11.25" x 8.75" x 6", weighing approximately 2 pounds and 15 ounces, postmarked June 28, 2021, and bearing $15.50 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and/or Title 18, United States Code, Section 1956(h). The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF RAYMOND SHEPARD, WHICH IS MADE A PART HEREOF.

Authorized by AUSA <u>WILLIAM BRYAN</u>
WILLIAM BRYAN  Digitally signed by WILLIAM BRYAN
Date: 2021.07.01 13:46:18 -07'00'
Sworn and subscribed to telephonically

_____
Signature of Affiant – RAYMOND SHEPARD

7-1-21 @ 2:35 p.m.
Date

at   Phoenix, Arizona
     City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Raymond Shepard, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since July 2014. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), 846 (Conspiracy to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Express Mail Parcel (hereafter referred to as the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

1

4. The **SUBJECT PARCEL** is further described as follows: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5136 6272 1179 4469 19, addressed to "Breanna Rodriguez 254 E Huber St, Mesa AZ 85201", with a return address of "Frank Martin 337 S Stonehedge Drive Columbia, SC 29210". It is a medium flat rate USPS box, measuring approximately 11.25" x 8.75" x 6", weighing approximately 2 pounds and 15 ounces, postmarked June 28, 2021, and bearing $15.50 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate

2

charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. I also know that, similar to Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and

Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

   a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

   b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

   c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

   d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through

address verifications and an examination by a trained narcotics detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On June 29, 2021, the United States Postal Inspection Service ("USPIS") identified a suspicious parcel mailed out of Columbia, South Carolina, destined to Mesa, Arizona.

13. On June 30, 2021, upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. First, the **SUBJECT PARCEL** bore handwritten address information and was addressed from one individual to another individual. The **SUBJECT PARCEL** weighed approximately two pounds and fifteen ounces. Also, the **SUBJECT PARCEL** was mailed from an address in South Carolina to an address in the State of Arizona. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source location for controlled substances that are mailed to the State of South Carolina, and that proceeds from the sale of controlled substances are frequently returned to Arizona from South Carolina via USPS.

14. Law enforcement personnel conducted a database query regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records,

and other public records.

15. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL** is an existing, deliverable address. However, Breanna Rodriguez, the purported recipient of the **SUBJECT PARCEL**, is not associated with the delivery address, 254 East Huber Street, Mesa, AZ 85201. The return address for the **SUBJECT PARCEL**, 337 South Stonehedge Drive, Columbia, SC 29210, is an existing, deliverable address. However, Frank Martin, the purported sender of the **SUBJECT PARCEL**, is not associated with the return address.

16. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated with an delivery and/or return address and/or fictitious names and/or addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

17. On June 30, 2021, City of Mesa Police Department (MPD) Detective/Canine Handler Dawn Haynes was at the Phoenix Processing and Distribution Center, located in Phoenix, Arizona. Detective Haynes advised that her narcotics-detecting canine "Nicole" inspected the **SUBJECT PARCEL**. Detective Haynes advised that "Nicole" gave a positive alert to the **SUBJECT PARCEL** by lying down next to the **SUBJECT PARCEL** at approximately 7:45AM.

18. Detective Haynes informed me that, when "Nicole" lays down next to an item as she did, "Nicole" is exhibiting a "passive" alert that "Nicole" has been trained to

give. Detective Haynes stated that the "passive" alert given by "Nicole" indicates the presence within the **SUBJECT PARCEL** of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

19. Detective Haynes advised that she is an MPD Detective currently assigned to the handling and care of MPD narcotics-detecting canine "Nicole". Detective Haynes has been a police officer with MPD for 19 years. "Nicole" is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for MPD since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and Detective Haynes and "Nicole" were last certified in March 2021. Detective Haynes' certifications also include the completion of a canine certification offered by the Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at the Mesa Police Department, "Nicole" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

20. Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21,

7

United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), 846 (Conspiracy to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

RAYMOND SHEPARD
United States Postal Inspector

Subscribed and sworn to telephonically on this \_\_\_1\_\_\_ day of July, 2021.

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE